# SEARCH WARRANT

Commonwealth of Virginia    VA. CODE §§ 19.2-56, 19.2-57

## TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth to forthwith search either in day or night a single family dwelling listed as 1926 South Quincy Street, Arlington, Virginia 22204, with a brown roof, wood shingles, green shutters, white all glass paned front door. The numbers 1926, bold in color, is affixed to the right of the dwelling just above the mailbox. To include any and all persons located inside the residence.

See Attachment "A"

for the following property, objects and/or persons:

You are further commanded to seize said property, persons, and/or objects if they be found and to produce before the _____ Circuit Court
Arlington County

This SEARCH WARRANT is issued in relation to an offense substantially described as follows:
Burning or Destroying Dwelling House, etc, in Violation of Virginia Code 18.2-77; Manufacture, Possession, Use of Fire Bombs, or Explosive Materials, in Violation of Virginia Code 18.2-85; Injuring, etc, any property, monument, in Violation of Virginia Code 18.2-137

an inventory of all property, persons, and/or objects to be seized.

the undersigned, have found probable cause to believe that the property or person constitutes evidence of the crime identified herein or tends to show that the person(s) named or described herein has committed or is committing a crime, and further that the search should be made, based on the statements in the attached affidavit sworn to by

_____
NAME OF AFFIANT
Detective Vincent Antignano

1/22/09  5:22pm
DATE AND TIME

:: CLERK
:: MAGISTRATE
:: JUDGE

---

FILE NO. _____

SEARCH WARRANT

COMMONWEALTH OF VIRGINIA

V. / In re
1926 South Quincy Street
Arlington Virginia 22204

EXHIBIT A