## AFFIDAVIT FOR THE SEARCH WARRANT

During the weekend of April 12, 2008, Washington D.C. was the host city to the spring annual meetings of the International Monetary Fund (IMF). Over two hundred delegates from around the world attend these meetings that are housed at various hotels throughout the Washington D.C. area, including the Four Seasons Hotel, located at 2800 Pennsylvania Avenue, N.W., Washington DC 20007

On April 12, 2008, at approximately 2:30 a.m., approximately sixteen (16) individuals approached the main entrance of the captioned Four Seasons Hotel, located at 2800 Pennsylvania Avenue, Washington, DC. A review of the hotel's surveillance cameras revealed several of the above mentioned individuals were wearing masks, black hooded jackets, and sunglasses in an attempt to conceal their identities.

Once inside the hotel, the individuals simultaneously began throwing firecrackers, including three or four smoke generating pyrotechnic devices inside the hotel's lobby area. After activating the smoke devices, group members retrieved paint-filled balloons from their backpacks and began throwing them at various sculptures and statues placed throughout the lobby. As the individuals ran from the hotel's lobby, one of the group members stopped directly in front of the main entrance of the hotel and shattered a large glass window with an unknown object. All the individuals fled the area on foot or via bicycle. Investigation at the FBI Washington Field Office, has determined the group's actions were designed to intimidate the IMF policy makers who were guests at the hotel. The Four Seasons Hotel management staff estimated the damage at over $200,000.00. During this incident, the night manager on-duty was almost struck by one of the smoke generating devices as he tried to retrieve his hotel radio to contact Four Seasons Hotel security.

A short time later the Metropolitan Police Department responded to the Four Seasons Hotel. During the course of the investigation, a review of the hotel's security camera footage revealed an unidentified white female videotaping/photographing the event as it unfolded. The unidentified white female was captured on hotel's security camera running from the area with the other members of the group. Security cameras revealed that the unidentified white female was wearing dark clothing, a light colored beret, a gray and black backpack, and black combat boots.

A reliable source (RS#1) who is not in the position to testify, but has provided reliable information in the past, advised that the unidentified white female has been seen at several protests throughout the Washington DC area. Furthermore, she is frequently seen wearing the light colored beret and black combat boots at demonstrations in the Washington DC area.

With the help of open source websites (i.e. Google, Youtube), a white female matching the same physical descriptions was observed on videotape demonstrating in front of FBI Headquarters, 935 Pennsylvania Avenue, NW, Washington DC 20535, on December 8, 2007. She was also observed demonstrating in front of the Church of Scientology, 1701 20th Street, NW, Washington, DC 20009, on February 10, 2008. During both events, she was observed wearing the same light colored beret and black combat boots captured on hotel security cameras.

1


EXHIBIT B

A second reliable source (RS#2), who is not in the position to testify, but has provided reliable information in the past, advised that the unidentified white female goes by the name of "ISIS". The source was able to provide a cellular telephone number 703-867-3950 as belonging to unidentified white female.

Using open source information regarding the cellular telephone number 703-867-3950, revealed a Laura Sennett, date of birth October 17, 1962, living at 1926 South Quincy Street, Arlington, Virginia 22204. A photograph obtained from Virginia Department of Motor Vehicles (VDMV) of Sennett matched the same physical descriptions as the female captured on the Four Seasons Hotel security cameras.

Subsequently, a subpoena request was submitted to Sprint/Nextel for the cellular telephone number that was provided by the RS#2. Sprint/Nextel provided subscriber information as Joseph Gilg, 1926 South Quincy Street, Arlington, Virginia 22204. Also, telephone number 703-867-3950 is listed at the same address as Laura Sennett, 1926 South Quincy Street, Arlington, Virginia 22204.

On May 28, 2008, physical surveillance was conducted at 1926 South Quincy Street, Arlington, Virginia 22204. During the course of the physical surveillance, two vehicles were observed parked in front of the residence. A 1992 Red Mazda Miata Convertible, with Virginia license plate YEH-8012 and a 1997 Blue Chrysler Sebring Convertible, with Virginia license plate 2865-FL. An automated check with Virginia Department of Motor Vehicles (DMV) revealed that the 1992 Red Mazda Miata, with Virginia license plate YEH-8012 and 1997 Blue Chrysler Sebring, with Virginia license plate 2865-FL, are registered to Joseph Gilg, 1926 South Quincy Street, Arlington, Virginia 22204.

On May 30, 2008, physical surveillance was conducted at 1926 South Quincy Street, Arlington, Virginia 22204. During the course of the physical surveillance, Laura Sennett was observed exiting the front door of her residence, 1926 South Quincy Street, Arlington, Virginia 22204. The physical surveillance also revealed that on two separate occasions that day, Laura Sennett was observed operating the Blue 1997 Chrysler Sebring, with Virginia license plate 2865-FL. Laura Sennett was positively identified by members of the FBI Washington Field Office during the physical surveillance.

On September 20, 2008, the aforementioned vehicles were observed parked in front of 1926 South Quincy Street, Arlington, Virginia

It's possible for an individual inside the residence to secrete digital media, electronic media, and any other devices in which records and data may be stored on their person to avoid detection from law enforcement, during the execution of the search warrant.

I am a Detective with the Prince William County Police Department, Prince William County, Virginia. I have been assigned to the FBI Joint Terrorism Task Force, Washington Field Office as a sworn Special Deputy United States Marshal since February 2003. Since 2005 I have focused on Anarchist, eco-terrorists, and domestic terrorism related investigations. In the course

of these investigations, I have interviewed and debriefed informants, conducted physical surveillance, and reviewed documents generated by members of domestic terrorism groups. I have received training through the Prince William County Criminal Justice Academy, FBI Joint Terrorism Task Force, the FBI Academy on common crimes involving domestic terrorism groups. Through investigations and training, I have become familiar with domestic terrorism groups, including their operation, activities, and language. I am also familiar with the types, methods, and manner of criminal activities that domestic terrorism groups engage in.

Based on my knowledge and experience, and the information contained in this affidavit, I believe that there is now, contained with the residence located at 1926 South Quincy Street, Arlington, Virginia 22204, evidence tending to support the crime of Burning or Destroying Dwelling House, etc, in violation of 18.2-77, of the 1950 Code of Virginia as amended, Manufacture, Possession, Use of Fire Bombs, or Explosive Materials in violation of 18.2-85, of the 1950 Code of Virginia as amended, and Injuring, etc, and property, monument, in violation 18.2-137, of the 1950 Code of Virginia as amended.

AFFIANT _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS DAY:_____

MARISTRATE:_____

3