UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LAURA SENNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:09-cv-1063 (TSE/IDD) |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF JUSTICE, et al, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF HEARING ON THE MOTION OF THE DEFENDANT COUNTY OF ARLINGTON AND THE ARLINGTON POLICE DEPARTMENT TO DISMISS COUNTS II-IV OF THE AMENDED COMPLAINT

Please take notice that on **Friday, February 26, 2010, at 10:00 a.m.,** or as soon thereafter as the matter may be heard, the Defendant, the County of Arlington[1], by counsel, will move the Court to grant its Motion to Dismiss Counts II-IV of the Amended Complaint.

    COUNTY OF ARLINGTON
    ARLINGTON POLICE DEPARTMENT

    By Counsel

---

[1] In her original Complaint, the Plaintiff included the Arlington Police Department as a separate defendant. In her Amended Complaint, the Plaintiff no longer lists the Arlington Police Department as a defendant; however, no order dismissing the Police Department has been entered. Plaintiff's counsel has advised that she will prepare an agreed order dismissing the Arlington Police Department. The Arlington Police Department is included as a movant herein out of an abundance of precaution.

Stephen A. MacIsaac, County Attorney
Virginia Bar #21130


_____/s/_____
Ara L. Tramblian, Deputy County Attorney
Virginia Bar # 24350
Attorney for Defendants Arlington County,
  Arlington Police Department and Bryk
Arlington County Attorney's Office
2100 Clarendon Boulevard, Suite 403
Arlington, Virginia 22201
(703) 228-3100 (voice)
(703) 228-7106 (fax)
atramblian@arlingtonva.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Thomas M. Wolf, Esq. and Lisa J. Chadderdon, Esq.
    LeClairRyan
    951 East Byrd Street, 8th Floor
    Richmond, Virginia 21219
    Counsel for Plaintiff

    Sarah E. Moffett, Esq.
    LeClairRyan
    225 Reinekers Lane, Suite 700
    Alexandria, Virginia 22314
    Counsel for Plaintiff

    M. Alice Rowan, VSB #27056
    Assistant County Attorney
    1 County Complex Court
    Prince William, Virginia  22192
    Counsel for Defendants Prince William County and Prince William County Police Department

    R. Joseph Sher, Esq.
    Assistant United States Attorney
    Office of the United States Attorney
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Counsel for Defendant Vincent Antignano

and I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

>Eric Holder, Attorney-General of the United States
>Office of the Attorney General
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530-0001
>Counsel for Defendants U.S. Department of Justice and the
>Federal Bureau of Investigation Joint Terrorism Task Force

>_____/s/_____
>Ara L. Tramblian, Deputy County Attorney
>Virginia Bar # 24350
>Attorney for Defendants County of Arlington,
>Arlington Police Department and Bryk
>Arlington County Attorney's Office
>2100 Clarendon Boulevard, Suite 403
>Arlington, Virginia 22201
>(703) 228-3100 (voice)
>(703) 228-7106 (fax)
>atramblian@arlingtonva.us