IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| LAURA SENNETT ) | |
| ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:09-cv-1063 (TSE/IDD) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, et al. ) | |
| ) | |
|       Defendants ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF SENNETT'S RULE
41(A)(2) MOTION TO DISMISS COUNT IV AS TO DEFENDANTS
<u>ARLINGTON COUNTY AND PRINCE WILLIAM COUNTY</u>**

     Laura Sennett ("Sennett"), by counsel, respectfully submits this Memorandum in Support of her Motion for Voluntary Dismissal of Count IV, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, as to Defendants Arlington County and Prince William County. For the reasons set forth below, Sennett requests that this Court grant her Motion.

     "Although the decision is discretionary, the 'purpose of Rule 41(a)(2) is freely to allow voluntary dismissals unless the parties will be unfairly prejudiced.'" *Fidelity Bank PLC v. N. Fox Shipping N.V.*, 242 Fed. Appx. 84, 88-89 (4th Cir. 2007) (quoting *Davis v. USX Corp.*, 819 F.2d 1270, 1273 (4th Cir. 1987)). The Court should grant a Rule 41(a)(2) motion "absent plain legal prejudice to the defendant." *Bridge Oil, Ltd., v. Green Pacific*, 321 Fed. Appx. 244, 245 (4th Cir. 2008) (quoting *Ellett Bros., Inc. v. U.S. Fidelity & Guar. Co.*, 275 F.3d 384, 388 (4th Cir. 2001)). A defendant cannot establish prejudice sufficient to defeat a Rule 41(a)(2) motion merely by showing that it has filed an answer, *Andes v. Versant Corp.*, 788 F.2d 1033, 1036 n.4

(4th Cir. 1986), or that it faces the prospect of a subsequent lawsuit, *Ellett Bros.*, Inc., 275 F.3d at 388-89.  *See Bridge Oil, Ltd.*, 321 Fed. Appx. at 245.

Granting the voluntary dismissal in this case would cause absolutely no prejudice to the defendants.  The case is still at an early stage; no discovery whatsoever has been undertaken.

For the foregoing reasons, Sennett respectfully requests to dismiss without prejudice Count IV of the Complaint, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, as to Defendants Arlington County and Prince William County.

Dated this 16th day of February, 2010.

>                            Respectfully submitted,
>                            LAURA SENNETT
>
>                            _____
>                            Thomas M. Wolf, Esq.
>                            LeClairRyan
>                            951 East Byrd Street, 8th Floor
>                            Richmond, VA  23219
>                            Phone:  (804) 783-2003
>                            Fax:  (804) 783-2294
>                            Thomas.Wolf@LeClairRyan.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of February, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

Eric Holder
Attorney General of the United States
U.S. Department of Justice
Office of the Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
*Counsel for U.S. Department of Justice, Eric Holder and*
*The Federal Bureau of Investigation Joint Terrorism Task Force*

Ara L. Tramblian, Deputy County Attorney
Office of County Attorney
2100 Clarendon Blvd., Suite 403
Arlington, Virginia  22201
*Counsel for County of Arlington and Detective Jason K. Bryk*

M. Alice Rowan
Assistant County Attorney
Prince William County
1 County Complex Court
Prince William, Virginia  22102
*Counsel for Prince William County*

R. Joseph Sher
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, Virginia  22314
*Counsel for Detective Vincent Antignano*

_____/s/_____
Thomas M. Wolf (Va. Bar No. 18234)
LeClairRyan, A Professional Corporation
951 E. Byrd Street, 8th Fl.
Richmond, Virginia  23219
Telephone: (703) 783-2003
Facsimile:  (703) 783-2294
Thomas.Wolf@leclairryan.com