IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| LAURA SENNETT )  )  Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT ) OF JUSTICE, et al. ) ) Defendants ) | Civil Action No. 1:09-cv-1063 (TSE/IDD) |

**PLAINTIFF SENNETT'S RULE 41(A)(2) MOTION FOR VOLUNTARY DISMISSAL OF COUNT IV AS TO DEFENDANTS ARLINGTON COUNTY AND PRINCE WILLIAM COUNTY**

COME NOW plaintiff Laura Sennett, by counsel, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, requests voluntary dismissal of Count IV as to Defendants Arlington County and Prince William County, without prejudice, from the above titled action, each party to bear its own fees and costs. A supporting memorandum accompanies this motion.

Dated this 16th day of February, 2010.

Respectfully submitted,
LAURA SENNETT

_____/s/_____
Thomas M. Wolf, Esq.
LeClairRyan
951 East Byrd Street, 8th Floor
Richmond, VA 23219
Phone: (804) 783-2003
Fax: (804) 783-2294
Thomas.Wolf@LeClairRyan.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 16th day of February, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

Eric Holder
Attorney General of the United States
U.S. Department of Justice
Office of the Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
*Counsel for U.S. Department of Justice, Eric Holder and*
*The Federal Bureau of Investigation Joint Terrorism Task Force*

Ara L. Tramblian, Deputy County Attorney
Office of County Attorney
2100 Clarendon Blvd., Suite 403
Arlington, Virginia 22201
*Counsel for County of Arlington and Detective Jason K. Bryk*

M. Alice Rowan
Assistant County Attorney
Prince William County
1 County Complex Court
Prince William, Virginia 22102
*Counsel for Prince William County*

R. Joseph Sher
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, Virginia 22314
*Counsel for Detective Vincent Antignano*

                                    _____/s/_____
                                      Thomas M. Wolf (Va. Bar No. 18234)
                                      LeClairRyan, A Professional Corporation
                                      951 E. Byrd Street, 8th Fl.
                                      Richmond, Virginia 23219
                                      Telephone: (703) 783-2003
                                      Facsimile: (703) 783-2294
                                      Thomas.Wolf@leclairryan.com