IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **LAURA SENNETT**       ) | |
| ) | |
| **Plaintiff,**       ) | |
| ) | |
| v.       ) | Civil Action No. 1:09-cv-1063 |
| ) | (TSE/IDD) |
| ) | |
| **UNITED STATES DEPARTMENT** ) | |
| **OF JUSTICE, et al.**      ) | |
| ) | |
| **Defendants.**       ) | |

### NOTICE OF HEARING ON PLAINTIFF SENNETT'S RULE 41(A)(2) MOTION FOR VOLUNTARY DISMISSAL OF COUNT IV AS TO DEFENDANTS ARLINGTON COUNTY AND PRINCE WILLIAM COUNTY

PLEASE TAKE NOTICE that on Friday, February 26, 2010 at 10:00 a.m., or as soon thereafter as the matter may be heard, the Plaintiff, Laura Sennett, by counsel, will move the Court to grant its Rule 41(A)(2) Motion For Voluntary Dismissal of Count IV As To Defendants Arlington County and Prince William County.

Dated:  February 17, 2019

Respectfully submitted,

LAURA SENNETT

_____/s/_____
Thomas M. Wolf, Esq.
LeClairRyan
951 East Byrd Street, 8th Floor
Richmond, VA  23219
Phone:  (804) 783-2003
Fax:  (804) 783-2294
Thomas.Wolf@LeClairRyan.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of February, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

Eric Holder
Attorney General of the United States
U.S. Department of Justice
Office of the Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
*Counsel for U.S. Department of Justice, Eric Holder and*
*The Federal Bureau of Investigation Joint Terrorism Task Force*

Ara L. Tramblian, Deputy County Attorney
Office of County Attorney
2100 Clarendon Blvd., Suite 403
Arlington, Virginia 22201
*Counsel for County of Arlington and Detective Jason K. Bryk*

M. Alice Rowan
Assistant County Attorney
Prince William County
1 County Complex Court
Prince William, Virginia 22102
*Counsel for Prince William County*

R. Joseph Sher
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, Virginia 22314
*Counsel for Detective Vincent Antignano*

_____/s/_____
Thomas M. Wolf (Va. Bar No. 18234)
LeClairRyan, A Professional Corporation
951 E. Byrd Street, 8th Fl.
Richmond, Virginia 23219
Telephone: (703) 783-2003
Facsimile: (703) 783-2294
Thomas.Wolf@leclairryan.com