IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LAURA SENNETT, )
    Plaintiff, )
)
v. ) Civil Action No. 1:09cv1063
)
UNITED STATES DEPARTMENT OF )
JUSTICE, *et al.*, )
    Defendants. )

FILED FEB 2 6 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER

The matter came before the Court on threshold motions to dismiss by defendants Arlington County and Prince William County. The parties, by counsel, fully briefed and argued the motions at a February 26, 2010 hearing, at which time the matter was taken under advisement. In the circumstances, it is appropriate to defer ruling on the motions at bar pending plaintiff's service of the amended complaint on defendants represented by the federal government, and these defendants' filing responsive pleadings.

Accordingly, for the reasons stated from the Bench, and for good cause,

It is hereby **ORDERED** that defendants' motions to dismiss are taken under advisement and that resolution of these motions is **DEFERRED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
February 26, 2010

/s/
T. S. Ellis, III
United States District Judge